# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Temeka Reeves,<br><br>           Debtor. | Case No. 24-12584<br><br>Chapter 13 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Temeka Reeves, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: August 20, 2024

           CIBIK LAW, P.C.
           *Counsel for Debtor*

           By: /s/ Michael A. Cibik
                Michael A. Cibik (#23110)
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                215-735-1060
                mail@cibiklaw.com