# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Employee ID: ███
Page 001 of 002
Period Beg/End: 06/30/2024 - 07/13/2024
Advice Date: 07/19/2024
Advice Number: 0000005480
Batch Number: SCV41HCKBVAM

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**
Total Hours Worked:  71.22
Basis of Pay:  Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO | 23.5800 | 2.74 | 64.61 | 1720.61 |
| Holiday | 23.5800 | 8.00 | 188.64 | 740.64 |
| Incentive | 30.0000 |  | 60.00 | 150.00 |
| Regular | 23.5800 | 71.22 | 1679.30 | 24039.41 |
| OT Premium |  |  | 0.00 | 208.38 |
| OT Straight |  |  | 0.00 | 383.34 |
| Bereavement |  |  | 0.00 | 565.92 |
| PSC Incent |  |  | 0.00 | 1147.60 |
| **Gross Pay** |  |  | **1992.55** | **28955.90** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| SUI-Employee Paid - PA | 1.40 | 20.27 |
| OASDI | 107.12 | 1548.65 |
| Medicare | 25.05 | 362.18 |
| PA LST - UWCHL | 2.00 | 30.00 |
| Federal Withholding | 34.17 | 467.14 |
| State Tax - PA | 52.93 | 765.35 |
| City Tax - PHILA | 74.85 | 1086.58 |
| **Total Taxes** | **297.52** | **4280.17** |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *FSA MED | 117.30 | 1759.50 |
| *CIGNA | 135.85 | 2037.75 |
| *401k | 173.93 | 2202.86 |
| *Dental Ins | 10.63 | 159.45 |
| *Vision Care | 4.62 | 69.30 |
| Hosp Indemn | 5.37 | 80.55 |
| CRT ILL | 4.59 | 68.85 |
| AD&D | 0.97 | 14.03 |
| Accident Ins | 2.30 | 34.50 |

Your Federal taxable wages for this period are: $1,553.68

**Other Deductions** | This Period | Year-to-Date

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**
GTL  3.46  48.26

**PTO**   Accrued  Taken  Balance
USA Diagnostics Paid Time Off Plan
          5.54    2.74    8.50

**Direct Deposits**
Checking   XXXXXXXX7914   1229.65

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Advice Number: 0000005480
Advice Date: 07/19/2024

**THIS IS NOT A CHECK**

**Deposited to the account of** | Account Number | Transit ABA | Amount
Temeka Reeves | Checking  XXXXXXXX7914 | 031101279 | $1229.65

# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Page 002 of 002
Period Beg/End: 06/30/2024 - 07/13/2024
Advice Date: 07/19/2024
Advice Number: 0000005480
Batch Number: SCV41HCKBVAM

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**
Total Hours Worked:    71.22
Basis of Pay:          Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Legal Assist | | | 7.41 | 111.15 | | | |
| OptionalLife | | | 2.31 | 33.48 | | | |
| DepLifeChild | | | 0.10 | 1.50 | | | |
| Total Deductions | | | 465.38 | 6572.92 | | | |
| Net Pay | | | 1229.65 | 18102.81 | | | |

Your Federal taxable wages for this period are: $1,553.68

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)


THIS IS NOT A CHECK

# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Employee ID:
Page 001 of 002
Period Beg/End: 06/16/2024 - 06/29/2024
Advice Date: 07/05/2024
Advice Number: 0000013708
Batch Number: SCRCZPVOZFCD

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**
Total Hours Worked:     53.18
Basis of Pay:           Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 23.5800 | 53.18 | 1254.08 | 22360.11 |
| Bereavement | 23.5800 | 24.00 | 565.92 | 565.92 |
| Incentive | | | 0.00 | 90.00 |
| PTO | | | 0.00 | 1656.00 |
| Holiday | | | 0.00 | 552.00 |
| OT Straight | | | 0.00 | 383.34 |
| OT Premium | | | 0.00 | 208.38 |
| PSC Incent | | | 0.00 | 1147.60 |
| **Gross Pay** | | | **1820.00** | **26963.35** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| SUI-Employee Paid - PA | 1.27 | 18.87 |
| OASDI | 96.41 | 1441.53 |
| Medicare | 22.55 | 337.13 |
| Federal Withholding | 16.43 | 432.97 |
| State Tax - PA | 47.63 | 712.42 |
| City Tax - PHILA | 68.38 | 1011.73 |
| PA LST - UWCHL | 2.00 | 28.00 |
| **Total Taxes** | **254.67** | **3982.65** |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *FSA MED | 117.30 | 1642.20 |
| *CIGNA | 135.85 | 1901.90 |
| *Dental Ins | 10.63 | 148.82 |
| *Vision Care | 4.62 | 64.68 |
| *401k | 163.80 | 2028.93 |
| Legal Assist | 7.41 | 103.74 |
| DepLifeChild | 0.10 | 1.40 |
| CRT ILL | 4.59 | 64.26 |
| Accident Ins | 2.30 | 32.20 |

Your Federal taxable wages for this period are: $1,391.26

**Other Deductions** — This Period / Year-to-Date

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**
GTL    3.46    44.80

**PTO**    Accrued    Taken    Balance
USA Diagnostics Paid Time Off Plan
       5.54     0.00     5.70

**Direct Deposits**
Checking    XXXXXXXX7914    1110.08

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Advice Number: 0000013708
Advice Date: 07/05/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**    Account Number    Transit ABA    Amount
Temeka Reeves    Checking    XXXXXXXX7914    031101279    $1110.08

# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Page 002 of 002
Period Beg/End: 06/16/2024 - 06/29/2024
Advice Date: 07/05/2024
Advice Number: 0000013708
Batch Number: SCRCZPVOZFCD

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

For inquiries on this statement please call: 336-229-1127
Total Hours Worked:    53.18
Basis of Pay:    Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Hosp Indemn | | | 5.37 | 75.18 | | | | |
| OptionalLife | | | 2.31 | 31.17 | | | | |
| AD&D | | | 0.97 | 13.06 | | | | |
| Total Deductions | | | 455.25 | 6107.54 | | | | |
| Net Pay | | | 1110.08 | 16873.16 | | | | |

Your Federal taxable wages for this period are: $1,391.26          *Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)



# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

| | |
|---|---|
| Employee ID | |
| | Page 001 of 002 |
| Period Beg/End: | 06/02/2024 - 06/15/2024 |
| Advice Date: | 06/21/2024 |
| Advice Number: | 0000014677 |
| Batch Number: | SCL1C0RJGQGD |

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**

Total Hours Worked:     61.75
Basis of Pay:           Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO | 23.0000 | 8.00 | 184.00 | 1656.00 |
| Regular | 23.0000 | 61.75 | 1420.26 | 21106.03 |
| Holiday | | | 0.00 | 552.00 |
| OT Premium | | | 0.00 | 208.38 |
| Incentive | | | 0.00 | 90.00 |
| OT Straight | | | 0.00 | 383.34 |
| PSC Incent | | | 0.00 | 1147.60 |
| Gross Pay | | | 1604.26 | 25143.35 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| OASDI | 83.02 | 1345.12 |
| Medicare | 19.41 | 314.58 |
| SUI-Employee Paid - PA | 1.12 | 17.60 |
| PA LST - UWCHL | 2.00 | 26.00 |
| Federal Withholding | 0.00 | 416.54 |
| State Tax - PA | 41.01 | 664.79 |
| City Tax - PHILA | 60.28 | 943.35 |
| Total Taxes | 206.84 | 3727.98 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k | 128.34 | 1865.13 |
| *Dental Ins | 10.63 | 138.19 |
| *Vision Care | 4.62 | 60.06 |
| *FSA MED | 117.30 | 1524.90 |
| *CIGNA | 135.85 | 1766.05 |
| Hosp Indemn | 5.37 | 69.81 |
| CRT ILL | 4.59 | 59.67 |
| AD&D | 0.93 | 12.09 |
| Accident Ins | 2.30 | 29.90 |
| Legal Assist | 7.41 | 96.33 |

Your Federal taxable wages for this period are: $1,210.70

**Other Deductions** | This Period | Year-to-Date

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 3.18 | 41.34 |

**PTO** | Accrued | Taken | Balance
USA Diagnostics Paid Time Off Plan
| 5.54 | 8.00 | 0.16 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXXXX7914 | 977.76 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Advice Number:    0000014677
Advice Date:      06/21/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Temeka Reeves | Checking XXXXXXXX7914 | 031101279 | $977.76 |

# Earnings Statement

*Lab. Corp. of America Holdings*
*338 South Main Street*
*2nd Floor, Attn: Payroll*
*Burlington, NC 27215*

Page 002 of 002
Period Beg/End: 06/02/2024 - 06/15/2024
Advice Date: 06/21/2024
Advice Number: 0000014677
Batch Number: SCL1C0RJGQGD

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**
Total Hours Worked:   61.75
Basis of Pay:         Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| OptionalLife | | | 2.22 | 28.86 | | | |
| DepLifeChild | | | 0.10 | 1.30 | | | |
| Total Deductions | | | 419.66 | 5652.29 | | | |
| Net Pay | | | 977.76 | 15763.08 | | | |

Your Federal taxable wages for this period are: $1,210.70           *Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)



# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Employee ID
Page 001 of 002
Period Beg/End: 05/19/2024 - 06/01/2024
Advice Date: 06/07/2024
Advice Number: 0000008181
Batch Number: SC3STT29DJB4

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**
Total Hours Worked:    60.75
Basis of Pay:    Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO | 23.0000 | 10.50 | 241.50 | 1472.00 |
| Regular | 23.0000 | 60.75 | 1397.26 | 19685.77 |
| Holiday | 23.0000 | 8.00 | 184.00 | 552.00 |
| OT Straight | | | 0.00 | 383.34 |
| PSC Incent | | | 0.00 | 1147.60 |
| OT Premium | | | 0.00 | 208.38 |
| Incentive | | | 0.00 | 90.00 |
| **Gross Pay** | | | **1822.76** | **23539.09** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| PA LST - UWCHL | 2.00 | 24.00 |
| SUI-Employee Paid - PA | 1.28 | 16.48 |
| OASDI | 96.57 | 1262.10 |
| Medicare | 22.59 | 295.17 |
| Federal Withholding | 18.48 | 416.54 |
| State Tax - PA | 47.72 | 623.78 |
| City Tax - PHILA | 68.47 | 883.07 |
| **Total Taxes** | **257.11** | **3521.14** |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k | 145.82 | 1736.79 |
| *Dental Ins | 10.63 | 127.56 |
| *Vision Care | 4.62 | 55.44 |
| *FSA MED | 117.30 | 1407.60 |
| *CIGNA | 135.85 | 1630.20 |
| Legal Assist | 7.41 | 88.92 |
| OptionalLife | 2.22 | 26.64 |
| DepLifeChild | 0.10 | 1.20 |
| Hosp Indemn | 5.37 | 64.44 |
| CRT ILL | 4.59 | 55.08 |

Your Federal taxable wages for this period are: $1,411.72

**Other Deductions**

Paid sick time utilization and balances are available in the Absence application in Workday

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| GTL | 3.18 | 38.16 |

**PTO**  Accrued  Taken  Balance
USA Diagnostics Paid Time Off Plan
5.54    10.50    2.62

**Direct Deposits**
Checking    XXXXXXXX7914    1128.51

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Advice Number: 0000008181
Advice Date: 06/07/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Temeka Reeves | Checking  XXXXXXXX7914 | 031101279 | $1128.51 |

# Earnings Statement

Lab. Corp. of America Holdings
338 South Main Street
2nd Floor, Attn: Payroll
Burlington, NC 27215

Page 002 of 002
Period Beg/End: 05/19/2024 - 06/01/2024
Advice Date: 06/07/2024
Advice Number: 0000008181
Batch Number: SC3STT29DJB4

Temeka Reeves
2440 Durfor st
Philadelphia, PA 19145

**For inquiries on this statement please call: 336-229-1127**
Total Hours Worked:     60.75
Basis of Pay:           Hourly

| Earnings | Rate | Hours/Units | This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| AD&D | | | 0.93 | 11.16 | | | | |
| Accident Ins | | | 2.30 | 27.60 | | | | |
| Total Deductions | | | 437.14 | 5232.63 | | | | |
| Net Pay | | | 1128.51 | 14785.32 | | | | |

Your Federal taxable wages for this period are: $1,411.72          *Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)



THIS IS NOT A CHECK