**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-12584 |
| Temeka Reeves, | Chapter 13 |
| Debtor. | SSN: xxx-xx-5422 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Temeka Reeves, it is hereby **ORDERED** that:

1. Debtor's employer, Lab Corp of America Holdings ("the employer") shall pay $371.64 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

    Kenneth E. West, Chapter 13 Trustee
    P.O. Box 1799
    Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

Honorable Patricia M. Mayer
Judge, United States Bankruptcy Court

CC: Lab Corp of America Holdings
    Attn: Human Resources Department
    338 S Main St, Burlington, NC 27215-5837