# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Temeka Reeves,

        Debtor.

Case No. 24-12584

Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the First Amended Chapter 13 Plan to be served for delivery by the United States Postal Service, via Certified Mail, postage prepaid to the following party:

Bridgecrest Credit Company, LLC
c/o Mary Leigh Phillips, CEO
7300 E Hampton Ave, Suite 101
Mesa, Arizona 85209

Date: February 19, 2025

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com