United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12584-djb |
| Temeka Reeves | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 02, 2026 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Temeka Reeves, 2440 Durfor Street, Philadelphia, PA 19145-3215 |
| 14910173 | + | Nexcar, 8655 S Hwy 6, Houston, TX 77083-6102 |
| 14910174 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14910177 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14910182 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 00:30:44 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14933233 | + | Email/Text: bkattorneynotices@gmail.com | Apr 03 2026 00:21:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 14910165 | | Email/Text: rm-bknotices@bridgecrest.com | Apr 03 2026 00:22:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14915118 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 00:31:04 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14911448 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 00:30:44 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14911762 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 00:30:54 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14910167 | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14910169 | | Email/Text: cfcbackoffice@contfinco.com | Apr 03 2026 00:21:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 14910166 | | Email/Text: omx-bnc-bk-notices@chime.com | Apr 03 2026 00:21:00 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: Apr 02, 2026                       Form ID: pdf900                                Total Noticed: 36

| | | | |
|---|---|---|---|
| 14910168 | Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14910170 | Email/Text: bankruptcy@glsllc.com | Apr 03 2026 00:21:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29607-6583 |
| 14932983 | Email/Text: bankruptcy@glsllc.com | Apr 03 2026 00:21:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14958129 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2026 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14929433 | Email/Text: BNCnotices@dcmservices.com | Apr 03 2026 00:21:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14915253 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 00:30:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910172 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 00:30:55 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14933234 | + Email/Text: opportunitynotices@gmail.com | Apr 03 2026 00:22:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 14910175 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14910176 | ^ MEBN | Apr 03 2026 00:19:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14910178 | Email/Text: bankruptcy@philapark.org | Apr 03 2026 00:22:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14915346 | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2026 00:21:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14910179 | + Email/Text: ngisupport@radiusgs.com | Apr 03 2026 00:21:00 | Radius Global Solution, Attn: Bankruptcy Attn: Bankruptcy, 7831 Glenroy , Ste 250, Edina, MN 55439-3117 |
| 14927059 | Email/Text: bncmail@w-legal.com | Apr 03 2026 00:21:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., P.O. BOX 93024, LAS VEGAS, NV 89193-3024 |
| 14926874 | + Email/Text: bncmail@w-legal.com | Apr 03 2026 00:21:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14910180 | + Email/Text: bankruptcy.notices@sunrisebanks.com | Apr 03 2026 00:21:00 | Sunrise Banks, Attn: Bankruptcy 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 14910181 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 03 2026 00:22:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14910183 | Email/Text: bankruptcies@uplift.com | Apr 03 2026 00:21:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 14911275 | Email/Text: EDBKNotices@ecmc.org | Apr 03 2026 00:21:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14910184 | Email/Text: webadmin@vhllc.co | Apr 03 2026 00:22:00 | Vance & Huffman Llc, 55 Monette Parkway, Smithfield, VA 23430-2577 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: Apr 02, 2026        Form ID: pdf900        Total Noticed: 36

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14910171 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Temeka Reeves help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    TEMEKA REEVES

              Debtor

Chapter 13

Bankruptcy No. 24-12584-DJB

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge